IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 11-cv-01905-REB-BNB**

**CRAIG D. KIRBY,**

    **Plaintiff,**

v.

**MONARCH RECOVERY MANAGEMENT, INC.**

    **Defendant**

---

### STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

COMES NOW the parties, by and through their counsel of record, and for their Stipulated Motion to Dismiss with Prejudice state as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. All issues in this matter are now resolved.

3. Each party agrees to pay their own costs and attorney fees.

4. The parties respectfully request that the Court now dismiss this matter with prejudice and vacate all remaining dates with respect to this matter.

Respectfully submitted this 3rd day of November, 2011.

| | |
|---|---|
| s/ Jill Gookin | s/ Laura A. Hass |
| Jill Gookin | Laura A. Hass |
| Gookin, Krenning & Associates, LLC | Treece, Alfrey, Musat & Bosworth, P.C. |
| 501 N. Cleveland Avenue | 999 18th Street, Ste 1600 |
| Loveland, Colorado 80537 | Denver, CO 80202 |
| Attorneys for the Plaintiff | Attorneys for Defendant |