**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01905-REB-BNB

CRAIG D. KIRBY,

    Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#13][1] filed November 3, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion To Dismiss With Prejudice** [#13] filed November 3, 2011, is **GRANTED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated November 3, 2011, at Denver, Colorado.

                             **BY THE COURT:**

                             /s/ Robert E. Blackburn
                             Robert E. Blackburn
                             United States District Judge

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.